# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GWEN L. KLINE,**

        **Plaintiff,**

**-vs-**                                           **Case No.  6:06-cv-1263-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 13)**
>
> **FILED:**       **January 23, 2007**

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> To have an administrative law judge (ALJ) reassess all of the medical opinions from the medical sources, including opinions that Plaintiff cannot work and opinions regarding her limitations, with specific reasons for accepting or rejecting the opinions; reassess Plaintiff's maximum residual functional capacity (RFC), giving proper consideration to her subjective complaints and the opinions of the medical sources, with citations to the evidence supporting the assessment; determine the physical and mental demands of Plaintiff's past relevant work and compare those demands with her RFC in accordance with the regulations and Social Security Ruling 82-62; obtain

>testimony from a vocational expert to determine if Plaintiff can perform her past relevant work or other work; and consolidate Plaintiff's December 2002 Title II and Title XVI claims with her subsequent November 2004 Title II only claim and December 2006 Title II and Title XVI claims.

Doc. No. 13 at 1. Plaintiff Gwen L. Kline does not oppose the motion. *Id*. at 2.

Accordingly, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case be **REMANDED** for further proceedings. I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 23, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy