**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GWEN L. KLINE,**

                   **Plaintiff,**

**-vs-**                                                   **Case No. 6:06-cv-1263-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                   **Defendant.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint for review of the final decision of the Commissioner denying the Plaintiff's Social Security disability benefits (Doc. No. 1) filed August 24, 2006, and the Commissioner of Social Security's Motion to Remand (Doc. No. 13) filed January 23, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted and the decision of the Commissioner be reversed and that the case be remanded for further review.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court concurs with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 24, 2007, (Doc. No. 14)) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     2.     The decision of the Commissioner is **REVERSED** and the case is remanded for further proceedings.

3.     The Clerk is directed to issue judgment for the plaintiff and close the file.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of February, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE