# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GWEN L. KLINE,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-1263-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Attorney Fees (Doc. No. 17) filed May 21, 2007.

On July 5, 2007, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney Fees is GRANTED. Attorney for the Plaintiff, Shea Fugate, is entitled to $1,706.98 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 25thday of July, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE